IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Franklin, Marquita | Case Number: 07 B 06295 |
| | Judge: Squires, John H |
| Printed: 3/4/08 | Filed: 4/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: February 27, 2008
Confirmed: August 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,200.00 | |
| Secured: | | 1,350.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,677.20 |
| Trustee Fee: | | 172.80 |
| Other Funds: | | 0.00 |
| Totals: | 3,200.00 | 3,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,774.00 | 1,677.20 |
| 2. | Citizens Financial Services | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 1,455.10 | 450.00 |
| 4. | Car Town | Secured | 1,758.53 | 900.00 |
| 5. | Illinois Dept of Revenue | Priority | 248.46 | 0.00 |
| 6. | Internal Revenue Service | Priority | 1,084.00 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 113.01 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 39.25 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 37.33 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 40.04 | 0.00 |
| 11. | Citizens Financial Services | Unsecured | 0.00 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 29.50 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 41.58 | 0.00 |
| 14. | Sprint Nextel | Unsecured | 96.49 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 1.54 | 0.00 |
| 16. | Freedom Card | Unsecured | 69.55 | 0.00 |
| 17. | Corporate America Family CU | Unsecured | 958.84 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 69.51 | 0.00 |
| 19. | DaimlerChryster Financial | Unsecured | 1,068.52 | 0.00 |
| 20. | City Of Chicago Dept Of Revenue | Unsecured | 104.30 | 0.00 |
| 21. | Verizon Wireless | Unsecured | 72.14 | 0.00 |
| 22. | Comcast | Unsecured | | No Claim Filed |
| 23. | First Premier Bank | Unsecured | | No Claim Filed |
| 24. | Dish Network | Unsecured | | No Claim Filed |
| 25. | Rendered Svc Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Franklin, Marquita

Printed: 3/4/08

Case Number: 07 B 06295
Judge: Squires, John H
Filed: 4/9/07

| | | | |
|---|---|---|---|
| 26. AmSher Collection Services | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 10,061.69 | $ 3,027.20 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 172.80 |
| | _____ |
| | $ 172.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_